IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FILED
2005 OCT -3 AM 11: 26
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

THOMAS O'DONNELL

    Case No. 6:05-CV-1465-ORL-31 DAB

    Movant,

.vs.

INSPECTOR GENERAL
FEDERAL DEPOSIT
INSURANCE CORPORATION

    Respondent.

_____/

I, THOMAS O'DONNELL, was previously a customer of J.P. Morgan Chase Bank and I am the customer whose records are being requested by the Government.

The financial records sought by the Office of Inspector General, Federal Deposit Insurance Corporation are not relevant to any to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me or shold not be disclosed because there has not been substantial compliance with the Right to Financial Privacy Act of 1978 and for the following other legal basis:

Movant is unaware of any legitimate law enforcement inquiry concerning the personal or business activity of Movant. Movant purchased a home and supplied all documentation requested by the lending institution, which, to the best of Movant's knowledge, investigated and verified the documentation, including the value of the home, and loaned Movant funds based upon the appraised value of the property. Movant has no accounts with J.P.Morgan Chase Bank and no relationship other than the mortgage loan referenced in the subpoena. Movant believes there has not been substantial compliance with the Right to Financial Privacy Act. Movant has the right to due process, including the right to notice and the opportunity to be heard prior to the release of any financial information as requested. Movant has never received any notice or inquiry from the Inspector General of

the Federal Deposit Insurance Corporation. Further, the home subject to the loan, which has subsequently been foreclosed, is valued well in excess of the loan from J.P. Morgan Chase Bank and the FDIC will suffer no financial loss due to any transaction between the parties.

I declare under penalty of perjury that the foregoing is true and correct this 20th day of September, 2005.

_____
Thomas O'Donnell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have mailed by certified mail or delivered a copy of this motion and the attached sworn statement to the Inspector General, FDIC, Office of Inspector General, 801 Seventeenth St., N.W., Room 1096, Washington, DC 20434 this 20th day of September 2005.

_____
THOMAS O'DONNELL
2700 North Highway A1A
Apt 9-211
Indialantic, FL 32903