# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS O'DONNELL,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No. **6:05-cv-1465-Orl-31DAB**

**INSPECTOR GENERAL (FDIC),**

        **Defendant.**

_____

## ORDER

Movant, Thomas O'Donnell, seeks an order, pursuant to the Right to Financial Privacy Act (FPA), 12 U.S.C. section 3410, quashing subpoena duces tecum number 535 issued by Defendant, Patricia M. Black, Deputy Inspector General of the FDIC on September 13, 2005 (Doc. 2). Defendant filed a Motion to Dismiss the Petition (Doc. 8-1) with supporting memorandum (Doc. 8-2).

The subpoena was served on September 13, 2005 on J. P. Morgan Chase Bank by certified mail. A copy of the subpoena, together with related documents under the FPA was mailed to Movant that same day. Pursuant to 12 U.S.C. section 3410(a), Movant's challenge to the subpoena was due to be filed within 14 days of the date of mailing; i.e., September 27, 2005. However, Movant's motion was not filed until October 3, 2005. Movant's objection to the subpoena is, therefore, untimely. Accordingly, it is

**ORDERED** that Defendant's Motion is GRANTED. Movant's Motion to Quash is DISMISSED and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 16, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party